# Court of Appeals
# of the State of Georgia

ATLANTA, February 26, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1010.  TIMOTHY REED v. NATHANIEL REED.**

Nathaniel Reed filed a dispossessory action against Timothy Reed in magistrate court. After Timothy Reed filed a counterclaim that exceeded the magistrate court's jurisdiction, the matter was transferred to superior court.  On December 13, 2013, the superior court issued a writ of possession to Nathaniel Reed and entered a judgment in the amount of $5,631.17, plus interest, in favor of Timothy Reed on his counterclaim.  Timothy Reed filed a notice of appeal from this ruling on January 10, 2014.   We, however, lack jurisdiction.

An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999); compare *America Net, Inc. v. U.S. Cover, Inc.*, 243 Ga. App. 204 (1) (532 SE2d 756) (2000) (OCGA § 44-7-56 does not apply where the issue of possession of the premises was previously disposed of and is no longer in dispute). Because Timothy Reed filed his notice of appeal 28 days after entry of the order he seeks to challenge, his appeal is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/26/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*